IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02857-WJM-KLM

ERIKA DAROCZI,

    Plaintiff,

v.

MARK BRYNIARSKI, M.D.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Modify Scheduling Order with Respect to Disclosure of Expert Witnesses** [Docket No. 24; Filed May 13, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on February 23, 2011 [Docket No. 21] is modified to extend the following case deadlines.

- Expert Disclosure Deadline    **June 22, 2011**
- Rebuttal Expert Disclosure Deadline    **July 22, 2011**

Dated: May 16, 2011