IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02857-WJM-KLM

ERIKA DAROCZI,

    Plaintiff,

v.

MARK BRYNIARSKI, M.D.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Change End of Discovery Date** [Docket No. 28; Filed August 30, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on February 23, 2011 [Docket No. 21] and modified on May 16, 2011 [Docket No. 26], is further modified to extend the following case deadline:

- Discovery Deadline                      **November 15, 2011**

    All other dates and deadlines, including the deadline for filing dispositive motions, remain the same.

    Dated:  August 30, 2011