IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02857-WJM-KLM

ERIKA DAROCZI,

      Plaintiff,

v.

MARK BRYNIARSKI, M.D.,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendant's Unopposed Motion to Vacate and Reschedule the Final Pretrial Conference** [Docket No. 35; Filed December 28, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows.  The Final Pretrial Conference set for January 5, 2012, is **VACATED** and **RESET** to **February 21, 2012**, at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  **No further extensions of this date will be permitted.**

      IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 16, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

      **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

      Dated:  December 28, 2011